UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHREESE FERERA,

                Plaintiff,

-against-

CITY OF NEW YORK, ROCELIO FLORIAN (Shield #5139), DAVID VEGAMORALES (Shield #6953), LUIS RIVERA (shield #8037), and STEVEN MARTINEZ (Shield #7596),

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

24 Civ. 3911 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 12, 2024, the Court referred this matter to the Honorable Ona T. Wang for general pretrial management. ECF No. 41. Accordingly, the case management conference scheduled before the undersigned for April 21, 2025, *see* ECF No. 40 ¶ 15, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 14, 2025
       New York, New York

ANALISA TORRES
United States District Judge