

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JESSICA OCHOA**
*Assistant Corporation Counsel*
phone: (212) 356-3159
jochoa@law.nyc.gov

October 15, 2025

**VIA E.C.F.**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED.**

Re:   Ferera v. the City of New York, et al.
      24-CV-3911 (AT) (OTW)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and an attorney representing the City of New York and Officers Vegamorales, Florain, Rivera, and Martinez in the above captioned matter. Defendants write to respectfully adjourn the status conference on November 4, 2025 at 11:00 am. Plaintiff's counsel did not give consent on the basis that he believes a briefing schedule for motion practice for summary judgment should be set before the status conference.[1]

    On August 29th, 2025, the Court issued two Report and Recommendations in response to the parties prior cross-motions. (ECF Nos. 77 and 78). Plaintiff submitted Objections to these R&Rs, and in accordance Fed. R. Civ. Proc 72(b)(2), Defendants' submitted their response on September 26, 2025. (ECF No. 82). On September 29, 2025, Judge Analisa Torres adopted the Court's Reports and Recommendations in full. (ECF No. 82). On September 9, 2025, the Court scheduled a status conference on November 4, 2025 at 11:00 am. *See* ECF No. 78.

    Defendants write to respectfully request an adjournment of the status conference due to November 4, 2025 being Election Day and the Office of the Corporation Counsel will be closed. I returned to work from leave on September 19, 2025 and upon review of the case, realized the conflict. In the interest of efficiency and speed, Defendants have conferred with Plaintiff and the parties are available on the following dates for a status conference:

---

[1] Defendants believe that there are issues to discuss with the Court regarding the scope of motion practice prior to setting a briefing schedule. Defendants will be prepared to discuss these issues at the status conference and set a briefing schedule.

- November 6, 2025

- November 7, 2025

I thank the Court for its time and consideration herein.

Respectfully submitted,

/s/ *Jessica Ochoa*

Jessica M. Ochoa
*Assistant Corporation Counsel*

cc: **By ECF**
Joshua Pepper, Esq.
jpepper@jpepperesq.com
*Attorney for Plaintiff*

The November 4 status conference is **ADJOURNED** to **November 6, 2025 at 10:00 a.m.** The due date for the parties' agenda remains unchanged.

**SO ORDERED.**

Ona T. Wang          October 16, 2025
U.S.M.J.

2