**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
JAHREESE FERARA,

           Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

           Defendants.

-------------------------------------------------------------x

24-cv-3911 (AT) (OTW)

**POST-CONFERENCE ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on **Thursday, November 06, 2025.** As discussed at the Conference:

- Plaintiff has withdrawn his Motion for Partial Summary Judgment (ECF 68); and

- the briefing schedule for the parties' cross-motions for summary judgment is:

    - Defendants' motion for summary judgment is due January 9, 2026;

    - Plaintiff's cross motion and opposition to Defendants' motion is due February 6, 2026;

    - Defendants' reply and opposition to Plaintiff's motion is due February 27, 2026; and

    - Plaintiff's reply is due March 13, 2026.

2

The parties are further directed to meet and confer about the prospect of settlement and inform the Court if they desire a preliminary settlement conference call or wish to consent to magistrate judge jurisdiction for all purposes prior, or as an alternative to, engaging in motion practice.

The Clerk of Court is respectfully directed to terminate ECF 68.

**SO ORDERED.**

Dated: November 6, 2025  
      New York, New York

*/s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge