**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
JAHREESE FERARA,                                             :
                                                             :
                    Plaintiff,                               :        24-CV-3911 (AT) (OTW)
                                                             :
          -against-                                          :        **ORDER**
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                    Defendants.                              :
                                                             :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      It has come to the Court's attention that its prior Order (ECF 102) was entered in error.

Accordingly, ECF 102 is **STRICKEN**.

      ECF 101, Defendants' request for an extension of the briefing schedule for the pending

cross-motions for summary judgment is **GRANTED** *nunc pro tunc*.

- Defendants' combined reply in support of their motion for summary judgment and opposition to Plaintiff's cross-motion for partial summary judgment is due **March 13, 2026**

- Plaintiff's reply in support of their cross motion for summary judgment is due **March 27, 2026.**

      **SO ORDERED.**


                        */s/ Ona T. Wang*
Dated: March 5, 2026                **Ona T. Wang**
      New York, New York       United States Magistrate Judge