USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/6/2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

phone: (212) 356-3540
ejacobs@law.nyc.gov

October 5, 2026

**VIA E.C.F.**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Ferera v. The City of New York, et al.
24-CV-3911 (AT) (OTM)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York, Rocelio Florian, David Vegamorales, Luis Rivera, and Steven Martinez in the above captioned matter. Defendants write in response to Your Honor's September 25, 2026 Order. The parties have conferred have agreed that settlement discussions would be beneficial at this time. The parties are therefore requesting to participate in a settlement conference before Judge Wang.

In addition, in accordance with Your Honor's Individual Rules, pre-trial filings are due October 26, 2026. The parties respectfully request that this deadline be held in abeyance until after the conference in order to allow them to focus on settlement and avoid potentially unnecessary expenditure of effort and expense.

Defendants thanks the Court for its time and consideration herein.

Respectfully submitted,

/s/ *Elissa B. Jacobs*

Elissa B. Jacobs
*Senior Counsel*

cc: **By ECF**
Joshua Pepper, Esq.
*Attorney for Plaintiff*

The Court has reviewed the parties' request. The deadline for pre-trial filings is hereby extended to **January 4, 2027**.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ANALISA TORRES
United States District Judge