**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

JAHREESE FERARA,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

-----------------------------------------------------------x

24-CV-3911 (AT) (OTW)

**STAY ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This case is hereby **STAYED** pending settlement.

The Clerk is respectfully directed to close ECF 119.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 19, 2026
New York, New York